456 A.2d 1091

Commonwealth v. Powell, Appellant.

Submitted September 20, 1982. John Dale Kuhn, Public Defender, for appellant; Samuel E. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.